IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LAURA C. SPILLER, | : | Case No. 3:11-cv-94 |
| Plaintiff, | : | District Judge Walter H. Rice<br>Magistrate Judge Michael J. Newman |
| vs. | | |
| COMMISSIONER OF<br>SOCIAL SECURITY, | : | |
| Defendant. | : | |

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATION (DOC. #24) IN ITS ENTIRETY; GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS (DOC. #20); AWARDING PLAINTIFF THE SUM OF $4,355.00 IN ATTORNEY'S FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT; AND TERMINATION ENTRY**

The Court has reviewed the January 29, 2013 Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #24), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b)(2) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that Plaintiff's motion for attorney's fees and costs under the Equal Access to Justice Act ("EAJA") (Doc. #20) is **GRANTED IN PART AND DENIED IN PART**; and Plaintiff is **AWARDED** the sum of $4,355.00 ($4,005.00 in attorney's fees and $350.00 in costs). This case remains **TERMINATED** upon the Court's docket.

February 24, 2013

_____
WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT